**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| REYNALDO GONZALEZ; THE ESTATE OF NOHEMI GONZALEZ; BEATRIZ GONZALEZ, Individually and as Administrator of the Estate of Nohemi Gonzalez; JOSE HERNANDEZ; REY GONZALEZ; PAUL GONZALEZ, <br><br> *Plaintiffs-Appellants*, <br><br> v. <br><br> GOOGLE, LLC, <br><br> *Defendant-Appellee*. | No. 18-16700 <br><br> D.C. No. 4:16-cv-03282-DMR |

On Remand from the United States Supreme Court

Filed July 3, 2023

Before: Ronald M. Gould, Marsha S. Berzon, and Morgan Christen, Circuit Judges.

Order

# SUMMARY[*]

## Anti-Terrorism Act

The panel remanded this case to the district court for further proceedings consistent with *Gonzalez v. Google LLC*, 143 S. Ct. 1191 (2023) (per curiam).

# COUNSEL

Keith L. Altman (argued), The Law Office of Keith Altman, Farmington Hills, Michigan; Daniel W. Weininger, Excolo Law, Southfield, Michigan, for Plaintiff-Appellant Reynaldo Gonzalez.

Robert J. Tolchin (argued) and Meir Katz, The Berkman Law Office LLC, Brooklyn, New York, for Plaintiffs-Appellants the Estate of Nohemi Gonzalez, Beatriz Gonzalez, Jose Hernandez, Rey Gonzalez, and Paul Gonzalez.

Brian M. Willen (argued), Wilson Sonsini Goodrich & Rosati New York, New York; David H. Kramer and Kelly M. Knoll, Wilson Sonsini Goodrich & Rosati, Palo Alto, California; Lauren Gallo White, Wilson Sonsini Goodrich & Rosati, San Francisco, California; Paul Harold and Steffen N. Johnson, Wilson Sonsini Goodrich & Rosati, Washington, D.C.; for Defendant-Appellee.

---

[*] This summary constitutes no part of the opinion of the court. It has been prepared by court staff for the convenience of the reader.

Aaron D. Mackley and Sophia Cope, Electronic Frontier Foundation, San Francisco, California, for Amicus Curiae Electronic Frontier Foundation.

Yavar Bathaee, Bathaee Dunne LLP, Austin, Texas; Brian J. Dunne, Bathaee Dunne LLP, Los Angeles, California; for Amici Curiae Artificial Intelligence Law and Policy Institute.

## ORDER

This case is **REMANDED** to the district court for further proceedings consistent with the United States Supreme Court's opinion in *Gonzalez v. Google LLC*, 143 S. Ct. 1191 (2023) (per curiam).